# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | )<br>) |
| | ) CASE NO:  CR-3-99-048(03) |
| vs. | )<br>) |
| RHOSHANDA R. HAYES, | ) JUDGE RICE |
| | ) |
| SSN: XXX-XX-5047 | ) |
| **Defendant,** | )<br>) |
| and | ) |
| | ) |
| DMAX LTD, | ) |
| **Garnishee.** | ) |

## AGREED FINAL ORDER IN GARNISHMENT

The parties,  the United States of America by its representative the United States Attorney for the Southern District of Ohio,  Defendant, Rhoshanda R. Hayes., and  Garnishee, Dmax,  agree and stipulate that:

1.      This debt arises from a Judgment entered in favor of the Plaintiff against Defendant in Case No. CR-3-99-048(3)he amount of said judgment debt that remains unpaid and due and owing is: $6,907.50 ($4,160.83 principal and $2,746.67 interest) as of February 17, 2012, with additional interest accruing thereafter at the rate of 6.375 percent per annum.

2.      Defendant's last known address is: 4623 Belvedere Lane, Trotwood, Ohio 45416.

3.      The Garnishee is believed to have in its possession, custody or control, property of the Defendant in the form of wages and/or bonuses paid to the Defendant.

4.      The name and address of the Garnishee or its authorized agent is:

> DMAX LTD
> Attn: Aaron Wenning
> 3100 Dryden Road
> Moraine, Ohio 45439

5.      The Defendant waives service of an Application for a Writ of Continuing Garnishment Pursuant to §3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205, and further waives his right to a hearing under §3205 of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205 and any other process to which the Defendant may be entitled under the Act.

6.      The Garnishee waives service of an Application for a Writ of Continuing Garnishment pursuant to §3205 of the Federal Debt Collection Procedures Act, 28 U.S.C §3205 and further waives its right to answer and waives being heard in this matter and any other process to which the Garnishee may be entitled under the Act.

7.      The Defendant agrees and stipulates that his wages and/or bonuses are subject to garnishment and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper.

8.      The parties therefore agree and stipulate to the entry of a Final Order in Garnishment against all non-exempt wages and/or bonuses of the Defendant, Rhoshanda R. Hayes.  It is expressly agreed and stipulated to by the parties that the Garnishee, Dmax, LTD shall pay into the hands of the United States Attorney, weekly $25.00 of Defendant's disposable income from wages and/or bonuses.

9.      The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $4,935.83, upon which there is an unpaid balance of $6,907.50. These deductions are to continue until the unpaid balance is fully paid and satisfied, or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further Order of this Court.

10. Garnishment checks should be made payable to:

Clerk, U.S. District Court

and mailed to:

Clerk, U.S. District Court
Federal Building Room #712
200 West Second Street
Dayton, Ohio 45402

11. **This Order shall take effect immediately.**

Respectfully submitted,

CARTER M. STEWART
United States Attorney

DEBORAH F. SANDERS (0043575)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715

RHOSHANDA R. HAYES, Defendant
4623 Belvedere Lane
Trotwood, Ohio 45416

DMAX, LTD, Garnishee
3100 Dryden Road
Moraine, Ohio 45439

APPROVED AND SO ORDERED this 30th day of March,

3-30-12
DATE

UNITED STATES MAGISTRATE JUDGE