IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :
    Plaintiff,

v.  :  Case No. 3:99cr048 (8)

KANDI LASLEY,  :  JUDGE WALTER H. RICE

    Defendant.  :

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO EXPUNGE OR SEAL HER RECORD (DOC. #440)

---

The Defendant's Motion to Expunge or Seal her criminal record (Doc. #440), is overruled, with regret, given that there is no provision for expungement under the federal laws.

December 6, 2012

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Laura Clemmens, AUSA
Kandi Lasley, Pro Se, 500 Bowie Drive, Apt #117, Dayton, OH 45408